WILLIAM OPPENHEIM, Respondent, *v.* JOHN McGOVERN, Appellant.

*Oppenheim* v. *McGovern*, 115 App. Div. 135, affirmed.
(Submitted October 16, 1907; decided November 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 24, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover money paid on a contract for the purchase of certain real property.

*John P. Everett* for appellant.

*Morton Stein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

CHARLES T. BLANSETT, Appellant, *v.* WALTER B. DUFFY, Respondent.

*Blansett* v. *Duffy*, 111 App. Div. 908, affirmed.
(Argued October 16, 1907; decided November 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 16, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*Thomas Hogan* for appellant.

*Erwin E. Shutt* and *George D. Reed* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.